# IN THE SUPREME COURT OF THE STATE OF NEVADA

WOODLAND VILLAGE NORTH, LLC, A DOMESTIC LIMITED LIABILITY COMPANY; AND BORDERTOWN, INC., A DOMESTIC CORPORATION,

Appellants,

vs.

TIM WILSON, P.E., NEVADA STATE ENGINEER, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, STATE OF NEVADA; AND HEINZ HOLDCO, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondents.

No. 81300

FILED

OCT 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Egan K. Walker, District Judge
Taggart & Taggart, Ltd.
Attorney General/Carson City
Leonard Law, PC
McDonald Carano LLP/Reno
Washoe District Court Clerk

20-37464